UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMMY LORRAINE WHEATLEY,<br><br>Plaintiff,<br><br>v.<br><br>CRUISEPORT CURACAO C.V., et al.,<br><br>Defendants. | C16-1974 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 10, is GRANTED in part and DENIED in part. The Court CONTINUES the trial date and remaining related dates and deadlines as follows:

| **JURY TRIAL DATE (5–10 days)** | **October 15, 2018** |
|---|---|
| Deadline for amending pleadings | March 27, 2018 |
| Discovery motions filing deadline | May 17, 2018 |
| Discovery completion deadline | June 25, 2018 |
| Dispositive motions filing deadline | July 26, 2018 |
| Motions in limine filing deadline | September 13, 2018 |

MINUTE ORDER - 1

| Agreed pretrial order due | September 28, 2018 |
|---|---|
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | September 28, 2018 |
| Pretrial conference | October 5, 2018 at 10:00 a.m. |

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of February, 2018.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk