UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAMMY LORRAINE WHEATLEY,

Plaintiff,

v.

CRUISEPORT CURACAO C.V., et al.

Defendants.

C16-1974 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion to Continue Trial and Related Case Management Dates, docket no. 12, is GRANTED in part and DENIED in part. The Court CONTINUES the trial date and remaining related dates and deadlines as follows:

| **JURY TRIAL DATE** | **January 22, 2019** |
| --- | --- |
| Deadline for amending pleadings | July 3, 2018 |
| Discovery motions filing deadline | August 23, 2018 |
| Discovery completion date | October 1, 2018 |
| Dispositive motions filing deadline | November 1, 2018 |
| Motions in limine filing deadline | December 3, 2018 |

MINUTE ORDER - 1

| Agreed pretrial order due | January 4, 2019 |
| --- | --- |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | January 4, 2019 |
| Pretrial conference scheduled for | January 11, 2019 at 11:00 a.m. |

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of July, 2018.

William M. McCool<br>
Clerk<br>
<br>
s/Karen Dews<br>
Deputy Clerk

MINUTE ORDER - 2