THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TAMMY LORRAINE WHEATLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CRUISEPORT CURACAO CV, a Curacao general partnership; HOLLAND AMERICA LINE NV d/b/a HOLLAND AMERICA LINE NV, LLC, a Curacao corporation, individually and as general partner of Cruiseport Curacao CV; HAL ANTILLEN NV, a Curacao corporation; HOLLAND AMERICA LINE-USA, INC., a Delaware corporation; HOLLAND AMERICA LINE, INC., a Washington corporation,<br><br>Defendants. | No. 2:16-cv-01974 TSZ<br><br>**ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER** |

## **ORDER**

Based upon parties' Stipulated Motion, docket no. 16, and the Court being fully advised in the premises, IT IS NOW THEREFORE ORDERED, ADJUDGED, and DECREED, that the following dates shall be amended as follows:

{28824-00446427;1}
ORDER GRANTING STIPULATED MOTION TO AMEND
SCHEDULING ORDER
– Page 1
No. 2:16-cv-01974 TSZ

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

| Event | Old Date | New Date |
|---|---|---|
| TRIAL DATE | January 22, 2019 | January 22, 2019 |
| **Discovery completed by** | **October 1, 2018** | **November 15, 2018** |
| **All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)(3))** | **November 1, 2018** | **November 29, 2018** |
| **All motions in limine must be filed by and noted on the motion calendar no earlier than the THIRD Friday thereafter** | **December 3, 2018** | **December 13, 2018** |
| Agreed pretrial order | January 4, 2019 | January 4, 2019 |
| Pretrial conference to be scheduled by the Court | January 11, 2019 | January 11, 2019 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | January 4, 2019 | January 4, 2019 |

DATED this 12th day of October, 2018.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

{28824-00446427;1}
ORDER GRANTING STIPULATED MOTION TO AMEND
SCHEDULING ORDER
– Page 2
No. 2:16-cv-01974 TSZ

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990