UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMMY LORRAINE WHEATLEY, <br><br> Plaintiff, <br><br> v. <br><br> CRUISEPORT CURACAO C.V.; HOLLAND AMERICA LINE NV d/b/a HOLLAND AMERICA LINE NV, LLC; HAL ANTILLEN NV; HOLLAND AMERICA LINE USA, INC.; HOLLAND AMERICA LINE, INC., <br><br> Defendant. | C16-1974 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed[1] Motion to Continue Summary-Judgment Hearing, Continue Trial Date, and Reset Related Pretrial Deadlines, docket no. 23, is GRANTED with modifications. The Court finds good cause to continue the trial and associated pretrial dates and the following dates and deadlines are continued as indicated:

---

[1] Defendants' non-opposition to the motion is qualified. *See* docket no. 29. Defendants agree that there is good cause for the relief requested, but object to some of Plaintiff's contentions in the motion.

MINUTE ORDER - 1

| **JURY TRIAL DATE (5-10 days)** | **September 9, 2019** |
|---|---|
| Disclosure of expert testimony | February 18, 2019 |
| Discovery motions filing deadline | April 11, 2019 |
| Discovery completion deadline | May 20, 2019 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | June 20, 2019 |
| All motions related to expert witnesses (e.g., Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | June 27, 2019 |
| All motions in limine must be filed by and noted for the third Friday thereafter; responses shall be due on the noting date; no reply shall be filed unless requested by the Court | August 8, 2019 |
| Agreed pretrial order due | August 23, 2019 |
| Trial briefs, proposed voir dire questions, and jury instructions due | August 23, 2019 |
| Pretrial conference (counsel shall be prepared to address any pending motions in limine) | August 30, 2019 at 1:30 p.m. |

(2) In light of the continued trial dates and related deadlines, Defendants' Motion for Summary Judgment, docket no. 20, is STRICKEN without prejudice. Dispositive motions, if any, must be filed on or before June 20, 2019.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of November, 2018.

                                    William M. McCool
                                    Clerk

                                    s/Karen Dews
                                    Deputy Clerk