UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAMMY LORRAINE WHEATLEY,

    Plaintiff,

v.

CRUISEPORT CURACAO CV, a Curacao general partnership; HOLLAND AMERICA LINE NV d/b/a HOLLAND AMERICA LINE NV, LLC, a Curacao corporation, individually and as general partner of Cruiseport Curacao CV; HAL ANTILLEN NV, a Curacao corporation; HOLLAND AMERICA LINE-USA, INC., a Delaware corporation; HOLLAND AMERICA LINE, INC., a Washington corporation,

    Defendants.

C16-1974 TSZ

ORDER

Counsel having advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

ORDER - 1

1  In the event settlement is not perfected, either party may move to reopen and trial

2  will be scheduled, provided such motion is filed within **60** days of the date of this Order.

3  The Clerk is directed to send a copy of this Order to all counsel of record.

4  IT IS SO ORDERED.

5  Dated this 25th day of June, 2019.

                                                    Thomas S. Zilly
                                                    United States District Judge